**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-1846**

_____

FREDA HOGUE,

                                     Plaintiff - Appellant,

      versus

SAM'S CLUB; TOM GRIMMS, President/CEO of Sam's
Club; WALMART AND MCLANE COMPANY; DAVID GLASS,
President/CEO of Walmart and McLane Company;
DARREN WHITLOCK,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-99-1893-AW)

_____

Submitted:  January 17, 2002      Decided:  January 25, 2002

_____

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Freda Hogue, Appellant Pro Se.  Dru E. Cessna, Ranae Bartlett, WAL-
MART STORES, INC., Bentonville, Arkansas; Jeffrey Elliot Rockman,
Eileen Carr Riley, SEROTTE, ROCKMAN & WESCOTT, P.A., Baltimore,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Freda Hogue appeals the district court's order denying her motions for judgment as a matter of law and for a new trial following a jury verdict unfavorable to her in her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hogue v. Sam's Club, No. CA-99-1893-AW (D. Md. May 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2